UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERIC MASSEY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-3701** |
| **N. BURL CAIN, WARDEN** | **SECTION: "A"(1)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the Petitioner's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Eric Massey is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this  6th  day of    February   , 2017.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE